[No. 66469-7-I.   Division One.   September 24, 2012.]

ERICA FRASER, *Respondent*, v. DIRK M. MAYBERRY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-16471-1, Laura Gene Middaugh, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Ellington, JJ.

[No. 66533-2-I.   Division One.   September 24, 2012.]

BELLEVUE SQUARE, LLC, *Respondent*, v. JIMI LOU STEAMBARGE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-12868-9, Julie A. Spector, J., entered January 7, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, C.J., and Grosse, J.

[No. 66592-8-I.   Division One.   September 24, 2012.]

*In the Matter of the Personal Restraint of* JOHN C. THOMPSON, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished per curiam opinion.

[No. 66611-8-I.   Division One.   September 24, 2012.]

SHANGRI-LA COMMUNITY CLUB, INC., *Respondent*, v. MELVIN STRUCK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-2-02464-5, Dave Needy, J., entered January 3, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.